Reflected DDT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ TS _____ DEPUTY

no IPP, no CU 71, no CU 30

Phillip Camillo-Amisano          )
        Plaintiff                )
                                 )
        v.                       )      Case: 2:23-CV-07774-ODW
                                 )              (JDE)
Employee's of Bureau of Prison,  )
Dr. Tang, Joanie Randle,         )
Director Medical Kinsella        )
        Defendant's              )

INJUCTION FOR RELIEF

The plaintiff, Phillip Camillo-Amisano, acting pro se, request this Court to address and review this injunction to correct Eighth Amendment violation and to provide 3553(a) factor providing adequate medical treatment.

The plaintiff is located at FCI Terminal Island in Los Angeles County in the State of California, therefore this Court hold jurisdiction in this case. All the Defendants listed above all work for the Bureau of Prisons(BOP) and are currently employee at FCI Terminal Island in the medical services.

The defendants have deliberately violated the plaintiff Eighth Amendment and 3553(a) factors by not following a medically prescribe treatment plan for over three years. This goes against BOP policy. The defendants have shown deliberate indifference by withholding medically prescribe orthotics due to expense.

The plaintiff has completed and exhausted all administration remedies avaible to him, as BOP remain silent on all 4 tier process, see exhibits including supporting affidavit to show exhaustion of BOP remedies.

1

The defendants have not approve the cost of the orthotic, the specialist stated he has submitted multiple request and the BOP's medical department (defendants) have not approve the cost.

All the request sent to the defendants all state the specialist is just needs approval for the exspense. The only response from medical they book appoitment with specialist, acting as this is resolves the issue.

PA Randle and Dr Tang refuse to run any diagnostic testing to see the extent of the damage cause by not following medical treatment plan, as every step causes irreparable damage, smoothing of the knee caps, with the bone fragment causing damage, as they collect and causing scar tissue on the souls of both feet. Two lumps have form at the bottom of the feet making mobility impossible without chronic pain. PA randle and DR Tang show deliberate indifference by providing no testing or treatment plan for this issue.

PA randle shows deliberate indifference when requested arthritis testing as bone damage which continue has increase chronic pain, and in colder month the pain level increases around the knees. PA Randle state, "every person over 21 has arthritis so deal with it." The plaintiff inform Dr Tang and Adm Kinsella of this with no response from either paries. Therefore no diagnostic or testing have been done.

The plaintiff requested renewal of bottom bunk chrono, due to knee issue, and can not climb to the top bunk due to increase pressure and chronic pain increases as swelling of the knee's. PA Randle response was no to chrono and stated when told the issue of climbing to top bunk, "then sleep on the floor." Again this shows the deliberate indifference.

The defendants continue to show deliberate indifference and refuse to follow medical treatment plan causing chronic pain and irreparable injuries and will not provide any diagnostic testing or treatment.

The plaintiff request this Court to order the defendants to follow the plaintiff medical treatment plan and approve the expense for the medically prescribe orthotics, provide medical diagnostic testing, Bone scan and arthritis testing to see extent of the damage, and renewal  of bottom bunk chrono.

I pray this Court will grant this injunction to correct the Eighth Amendment violation and to provide the 3553(a) factor of providing adequate medical treatment and order the defendants to follow the plaintiff medical treatment plan. Thank You.

Phillip Camillo-Amisano
Reg: 42353-086
FCI Terminal Island
PoBox 3007
San Pedro, CA. 90733

3

# EXHIBIT

# "1"

SUPPORTING AFFIDAVIT

I Phillip Camillo-Amisano, have personal knowledge of the facts stated in this affidavit. To best of my knowledge, all the facts stated in this affidavit are true and correct under the penalty of perjury.

This supporting affidavit is to demonstrate that the plaintiff has exhausted all the administration remedies to correct, treat and prevent any further irreparable injuries cause by deliberate indifference from FCI Terminal Island Medical Staff located in Los Angeles County California.

I have completed the Bureau of Prisons (BOP) 4 tier administration process plus sent in torte claim. All remain silent. Employee's of BOP have try to thwart the process but this did not stop the administration process.

Counselor Capoccina try to thwart the process by refusing to provide BOP administration form BP-9, this only prevent from using orginal form, I was force to take old copy of the form I submit prior on or abouts 07/25/22, made a phoyocopy and refilled the form out. Due not being able to hand the photocopy to Counselor Capoccina, I place the form in a seal envelope address to Warden Engleman in the prison mail box holding the prison mial box rule. With BP-9 I also place in the envelope a official request explaining the reason for using photocopy form.

After 30 days has expired I requested BP-10 form from Counselor Capoccina, I receive the same response, no restart the process. I was force to follow the same procedure, I made a photocopy of BP-10 and place the the BP-10 in a seal envelope address to Western Regional Office using BOP label and first class postage. Again place the envelope in the prison mail box to be forwarded, again relying on the prison mail box rule.

After the time expired and remedied remain silent, I receive the proper form from Counselor Kato due to Counselor Capoccina was not present. I follow the process place it in a seal envelope using BOP label and first class postage address to Central Office, place the

1 of 2

envelope in the prison mail box system to be forwarded, again relying on the prison mailbox rule.

This is the second attempt to request an injunction. The first attempt I withdrew after the BOP was contacted by Attorney Office requesting information about medical issues. The BOP responsed to me stating they would follow the prescribe medical treatment plan and provide new orthotics and provide cancer testing. Therefore I withdrew the injunction.

After period of time I was force to restart the process due to medical not following through. Due to new Warden Englemen my BP-9 dated 07/25/22 was answer by medical administration, they stated drop the BP-9 and they will provide the cancer test and orthotics. But only if I withdraw the BP-9. I did.

Medical have stated they are following the treatment plan by booking appointments with specialist, but they will not approve the expenses for the orthotics and have not todate provided the results for the cancer test.

I have completed the administration process, and all the facts are upto date and are true and correct under penalty of perjury. Date, September 15, 2023..

Phillip Camillo-Amisano
Reg# 42353-086
FCI Terminal Island
Po Box 3007
San Pedro, CA 90733

2 of 2

## FCI TERMINAL ISLAND: Inmate Sick Call Sign-Up Sheet
### (Formulario y registro para Atencion Medica de Confinados)

## INSTRUCTIONS:
### YOU must fill out this form completely: ALL numbers 1 – 10.
### (Debe de llanar este formulario completamente, todos numeros 1-10.)

Sick call sign up on: **Mondays, Tuesdays, Thursdays** and Fridays **ONLY** at 6:30-8:00AM.
(Apuntarse por Atención Médica es lunes, martes, jueves, y viernes solamente 6:30-8:00.)

1.Name: _Camillo_                          2. Reg. Number: _42353-086_
(Nombre)                                    (Numero de Registro)

3.Date: _Oct 18, 2021_          4. Housing Unit: _A_      5. Work: _None_
(Fecha)                          (Unidad)                 (Trabajo)

6.Complaint: _Renew lower bunk pass and ot order New orthetics_
(Queja. ¿Cual es su problema?)

7.How long have you had this problem?         Days:___ Months:____ Years:____
(¿Durante cuante tiempo ha tenido este problema?) (Dias)  (Meses)   (Anos)

8.*Do you need med renewals? Yes: ☐   No: ☐    What medications? _____
(¿Necesita renovaciones médicas? )             (¿Qué medicamentos?)

9.Are you on any medication(s) at present? Yes: ☑   No: ☐   What medications? _____
(¿Esta usted tomando alguna(s) medicinas actualmente?)    (¿Qué medicamentos?)

10.Have you bought Over-the-Counter medication from the Commissary? Yes: ☑ No: ☐
(¿Ha comprador medicinas non-prescipcion en la tienda?)

Signature: _____          Date/Time _Oct 18/21_
(Firma)                                      (Fecha)

### *Reminder (Recordatorio)*
One complaint/sick call per day. Over-the-counter medications (OTCs) such as: anti-fungal creams, ibuprofen, acetaminophen, allergy medications, etc...are available for purchase from the Commissary. ***OTCs WILL NOT be prescribed***
(Una queja / llamada por enfermedad por día.Es possible para comprar medicinas de la comisaria. Medicinas como crema antihongo, ibuprofen, acetaminophen, medicamento para la alergia etc... No va a prescriber estas medicinas de la farmacia.)

A **Pharmacist** is available to discuss medications by emailing: TRM-InmateToPharmacy
**Do not make a sick call appointment for this..**
(Si tiene preguntas acerca de las medicinas, puede "email" TRM-InmateToPharmacy,
No hace una "sick call" para esta problema.)

| BP | Pulse | Respirations | Temperature | SpO$_2$ | BG |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Urgent Same Day: ☐    Emergency ☐    Refer to Commissary ☐    Scheduled with Provider ☐
**Provider Sig/Stamp and plan of care:**

TRULINCS  42353086 - CAMILLO-AMISANO, PHILLIP - Unit: TRM-A-A

-------------------------------------------------------------------------------------------------

FROM: 42353086
TO: Executive Staff
SUBJECT: ***Request to Staff*** CAMILLO-AMISANO, PHILLIP, Reg# 42353086, TRM-A-A
DATE: 03/09/2022 07:33:23 AM

To: Miss Hess
Inmate Work Assignment: dining pm

I am having an issue with medical, i have written to medical administration with no response. The issue is I can not stand up for long period of time, and the kitchen has no sitting position, they are trying to be good and tell me to sit when in pain. They usually just take me off the call out, but now they will not take me off the call out until medical take off clear for kitchen services, and medical refuses, they state kitchen have to find me a sitting job, and then PA Randle precribe me pain killer so I can work, the solution is not pain killer, and I do not take them, since they do not work and I do not want to take pain killers. This is not the only issue I have with PA, she took away my lower bunk pass, I told her I can not climb up to the second bunk, can't put the pressure on my knes- this is where the issue is, my knees are gone and when I get home willl require two knee replacements, this is in my medical files, I have also been trying to get new orthics order, it been 2 years over due . I am trying to find a position where I can sit down, but I have not found any as of yet. Can you please assist in this issue as every night after kitchen duties my knees swellup and the chronic pain stop me from sleeping. Thank you.

TRM 1330.18A
May 20, 2015
Page 5

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION

NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in 542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Date issued: Appro Sunc 8,2022  Date returned to Counselor: June 22/22

Inmate's Name: Phillip Camillo-Amisano  Reg. No: 42353-086

INMATE'S COMMENTS: *(To be completed by inmate)*

1. Complaint: Medical staff are not following my medical treatment plan

Since 2020, March I have requested replacement orthotics. PA Randle

will not order new ones and wants to start the process over by sending me to a specialist, which in over six months has not been ordered.

2. Efforts you have made to informally resolve: I have talk to medical staff

multiple times, the new doctor will not discuss it, I have  sent officia

request to health administator and A/W, this sencond 8½

3. Names of staff you contacted: PA Randle and Ziglar, Miss Water, A/W Ness
   Health Aminstator

_____

**************************************************************

*STAFF'S COMMENTS (To be completed by Staff)*

Steps Taken to Resolve Complaint: _____

_____

Conclusion: _____

_____

Counselor: _____  Date: _____

Unit Manager's Comments: _____

Unit Manager: _____  Date: _____

Date BP-9 Issued: _____

Distribution: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Phillip Camillo-Amisano | 42353-086 | F | Termial Island
--- | --- | --- | ---
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

The BP-8 and 8½ remain silent, medical staff are violating the petitioner Eighth Amendment Rights by not providing urgent medical care by failing to follow a subscribe medical treatment plan from the petitioner MD Specialist, Medical staff (Randle, Ziglar and MD) refuse to order the petitioners orthotics or provide any treatment which has increase chronic pain and limited mobility, and continues to cause irreparable harm to the petitioner knee(es). The petitioner has been trying to get replacement orthotics since arriving at F.C.I. Terminal Island since his arrival in March 2020. Further more, Medical staff have now taken away the petitioner medical crono's removing any hope mobility and reducing a bit of the chronic pain, which now escalates the rate of irreparable harm. Medical staff refuse to prove proper diagnosis or testing to seek the extent of the irreparal damage they are causing by the refusal to follow the medical treatment plan, instead medical allow the petitioner to remain in constant pain and allow the irreparable damage to continue, as every foot step remove bone from the petitioner knee caps. Plus the petitioner has requested colon cancer testing since his arrival in 2020, in 2021 the petitioner place a injunction to get the testing and medical sent a form stating they would provide the testing, the petitioner withdrew the injunction, except medical still have not provided the testing. The petitioner is seeking intervention from your office.

07/25/22 | [signature]
--- | ---
DATE | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Handed to Counseller - Vaien Funt on 07/26/22

---

| | |
--- | ---
DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** | CASE NUMBER: _____

---

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

| | |
--- | ---
DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

TRULINCS  42353086 - CAMILLO-AMISANO, PHILLIP - Unit: TRM-F-A

---------------------------------------------------------------------------------------------

FROM: 42353086
TO: Health Services
SUBJECT: ***Request to Staff*** CAMILLO-AMISANO, PHILLIP, Reg# 42353086, TRM-F-A
DATE: 08/29/2022 02:12:24 PM

To: health administor mr kinslla
Inmate Work Assignment: pm dining

Thank you for getting the appointment to see the specialist for orthotics on Aug. 18, 2022. I have a major concern coming from that visit. The major concern is that the the doctor only ask my shoe size, he ask no question about the issue (eg. if I'm high arch or walk flatfoot) he took no measurements, no molds of the feet to make the orthotics. I ask him how he was going to make the orthotics with out any molds or measurements, he just stated don't worry you will be taken care of, he refuse to answer the question. My fear is he just going to provide generic insoles, which in fact will cause even more of changing the way I walk again, which I can not use, which I did state to the doctor, which he just ignored. As you can see my concern that he will not be providing medically prescribe orthotics I require. Can you please advise me how to proceed if he just provides generic insoles, which I can not use? Thank you.

# FCI TERMINAL ISLAND
## Inmate Sick Call Sign-Up Sheet
### (Formulario y registro para Atencion Medica de Confinados)

### INSTRUCTIONS:
You must fill out this form completely, all numbers 1 – 11.
(Debe de llanar este formulario completamente, todos numeros 1-11.)

Sick call sign up is Monday, Tuesday Thursday, and Friday only 6:30-7:00 am.
(Apuntarse por Atención Médica es Lunes, Martes, Jueves, y Viernes solamente 6:30-7:00.)

1. Name: _Phillip Camillo_
(Nombre)

2. Reg. Number: _42353-006_
(Numero de Registro)

3. Date: _Nov 10, 2022_
(Fecha)

4. Housing Unit: _F_        5. Work: _PM Dining_
(Unidad)                   (Trabajo)

6. Complaint: _See back_
(Queja. ¿Cual es su problema?)

7. How long have you had this problem? _30 yr._
(¿Durante cuanto tiempo ha tenido este problema?)

Days:_____ Months:_____ Years:_____  8. Do you need refills? Yes: ☐  No: ☐
(Dias)       (Meses)        (Anos)             (Necesita recargas de medicamiento?)

9. Are you on any medication(s) at present? Yes: ☑  No: ☐
(¿Esta tomando algun medicamiento en la actualidad?)

10. Have you bought Over-the-Counter medication from the Commissary? Yes: ☐No: ☒
(¿Ha comprado medicamentos de venta libre en la tienda?)

11. Signature: _____ Date/Time _Nov. 10, 2022. 6:00 am_
(Firma)

### Reminder (Recordatorio)
Over-the-counter medications are available for purchase from the Commissary. Over-the-counter such as anti-fungal creams, ibuprofen, Tylenol, etc... will not be prescribed from the pharmacy.
(Es possible para comprar medicinas de la comisaria. Medicinas como crema antihongo, ibuprofen, Tylenol, etc... No serán prescritas por la farmacia.)
If you have questions concerning your medications, you may speak to the Pharmacist at 11:30 Monday-Friday. Do not make a sick call appointment for this.
(Si tiene preguntas acerca de medicamentos, puede hablar con la Farmacia a las 11:30 lunes-viernes. No haga una cita"sick call" para este problema.)

| Dental Triage | Date & Time to return: |
|---------------|------------------------|
|               |                        |

| B/P | Pulse | Resp. | Temp. | SpO2 | BGL |
|-----|-------|-------|-------|------|-----|
|     |       |       |       |      |     |

Provider:_____

TRULINCS  42353086 - CAMILLO-AMISANO, PHILLIP - Unit: TRM-F-A

--------------------------------------------------------------------------------------------

FROM: 42353086
TO: Health Services
SUBJECT: ***Request to Staff*** CAMILLO-AMISANO, PHILLIP, Reg# 42353086, TRM-F-A
DATE: 12/04/2022 01:19:31 PM

To: Director of medical servives
Inmate Work Assignment: pm dining

Response from correspondence from over orthotics
The specialist in fact brought inserts on Dec 1, 2022, he try to pass them off as my medically prescribe orthotics. I cannot use the inserts as they go against my medical treatment plan, they will only cause more permanent damage to my knees by changing the way I wall walk, causing more smoothing of the knee caps.
Prior to Dec 1 appointment, I saw you talk to the specialist. When I talk to him, he look at my old orthotics and stated the plastic mold is finish, to weak to support me, and the heel was to compressed. He refuse to order new orthotic explaining they are to expensive. I explain to him, that is the reason I was seeing him, for new orthotic, he said he put in a request.
When I talk to PA Randle if he put the request in, she stated only thing in was for the inserts. I explain the issue - to expensive-he response. "so". Due to the alarming increase in pain, I ask PA Randle to run a test for arthritis, she stated no, due to that every one over the age 21 has it. (request and to expensive was place in copout to PA Randle). The chronic pain is causing mobility issue, even when not moving around the chronic pain level are pass the point of extreme, causing major sleeping issue. I need this situation fix.
 The insert I will not use, would you like them return to medical. I'm suppose to see the specialist this week, follow up on the inserts. I will not be going as he refuse to follow my medical treatment plan and I'm not using the inserts.

TRM 1330.18B
September 9, 2021
Page 5

(Attachment A)

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION

**NOTICE TO INMATE**: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in 542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Date issued: _F eb 16/23_     Date returned to Counselor: _Feb 22, 2023_

Inmate's Name: _Phillip Camillo-Amisano_        Reg. No: _42353-086_

**INMATE'S COMMENTS**: *(To be completed by inmate)*

1. Complaint: _Medical is not following medical treatment plan for over three years at this institution, this action has cause increase in chronic pain, lack/loss of mobility, and irreparable damage. Pain is causing loss of sleep. Medical is not seeking to help remove the pain or correct the iss_

2. Efforts you have made to informally resolve: _Sent in multiple inmate request, have sent electronic request to medical administration._

3. Names of staff you contacted: _PA- Randle and Adm - Kinsella_
_Dr. Tang_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*STAFF'S COMMENTS (To be completed by Staff)*

Steps Taken to Resolve Complaint: _____

Conclusion: _____

Counselor: _____     Date: _____

Unit Manager's Comments: _____

Unit Manager: _____     Date: _____

Date BP-9 Issued: _____

**Distribution**: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk

TRM 1330.18B
September 9, 2021
Page 5

(Attachment A)

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**NOTICE TO INMATE**: Be advised that before filing a Request for
Administrative Remedy form BP-229 (except as provided in 542.13(b)),
you shall attempt to informally resolve your complaint through your
Correctional Counselor.  Briefly state the complaint below and list
what efforts you have made to resolve your complaint informally.
State names of staff contacted.

Date issued: F eb 16/23      Date returned to Counselor: Feb. 22, 2023

Inmate's Name: Phillip Camillo-Amisano              Reg. No: 42353-086

**INMATE'S COMMENTS:** *(To be completed by inmate)*

1. Complaint: Medical is not following medical treatment plan for over three years at this

institution, this action has cause increase in chronic pain, lack/loss of mobility, and irreparable

damage. Pain is causing loss of sleep. Medical is not seeking to help remove the pain or correct the issue

2. Efforts you have made to informally resolve: Sent in multiple inmate request, have

sent electronic request to medical administration.


3. Names of staff you contacted: PA- Randle and Adm - Kinsella
                                  Dr. Tang

**********************************************************************
*STAFF'S COMMENTS (To be completed by Staff)*

Steps Taken to Resolve Complaint: Inmate has been approved
for Cardiology consultation (TD 2-28-23).

Conclusion: Inmate to come to "Sick Call" to
address any additional concerns

Counselor: _____ M. Capocciama Date: 03/03/23

Unit Manager's Comments: Speak with A.W over Dept.

Unit Manager: _____ Date: 3/14/2023
Date BP-9 Issued: _____
**Distribution**: If complaint is NOT informally resolved - Forward this
original form attached to BP-9 Form to the Administrative Remedy
Clerk

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION

NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in 542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Date issued: Mar. 16, 2023 Date returned to Counselor: _____

Inmate's Name: __Phillip Camillo-Amisano__  Reg. No: 42353-086_____

INMATE'S COMMENTS: *(To be completed by inmate)*

1. Complaint: Medical is not following medical treatment plan (**orthotics**) the specialist will not order orthotics due to expense, that the BOP will not authorize the cost. The generic inserts the specialist provided cannot be used due they will change the way I walk causing more irreparable damage (smoothing of knee cap) now over 3 years and the chronic pain is unbearable causing lack of mobility and irreparabl damage is going uncheck and orthotics are need to stop more damage.
2. Efforts you have made to informally resolve:
Have been to sick multiple time, sent in electronic copouts

3. Names of staff you contacted: PA Randle, Dr. Tang, Adm Kinsella

*******************************************************************

STAFF'S COMMENTS *(To be completed by Staff)*

Steps Taken to Resolve Complaint: _____

_____

Conclusion: _____

_____

Counselor: _____  Date: _____

Unit Manager's Comments: _____

Unit Manager: _____  Date: _____

Date BP-9 Issued: _____

Distribution: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative-Remedy Clerk.

Second Copy As per request from Counseller Capecciana handed to Him on April 13, 2023 due to No response, ask to wait until April 17 2023 before going to next step.
On April 17, 2023 Counseller refuse to provide BP-9 and did not provide a copy 8½ as it remains Silent.

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION

NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in 542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Date issued: Mar. 16,2023 Date returned to Counselor: 04/17/23

Inmate's Name: Phillip Camillo-Amisano    Reg. No: 42353-086

INMATE'S COMMENTS: *(To be completed by inmate)*

1. Complaint: Medical is not following medical treatment plan **(orthotics)** the specialist will not order orthotics due to expense, that the BOP will not authorize the cost. The generic inserts the specialist provided cannot be used due they will change the way I walk causing more irreparable damage (smoothing of knee cap) now over 3 years and the chronic pain is unbearable causing lack of mobility and irreparable damage is going uncheck and orthotics are need to stop more damage.

2. Efforts you have made to informally resolve: Have been to sick multiple time, sent in electronic copouts

3. Names of staff you contacted: PA Randle, Dr. Tang, Adm Kinsella

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STAFF'S COMMENTS *(To be completed by Staff)*

Steps Taken to Resolve Complaint: Contacted Health Services Department by email.

Conclusion: Response Received by email from J. Randle -- Inmate approved for Consult.

Counselor: M. Capocciana    Date: 04/19/23

Unit Manager's Comments: Informally resolved As inmate has date of 4/19/23 per medical staff.

Unit Manager: [signature]    Date: 4/21/23

Date BP-9 Issued: 

Distribution: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Medical | DATE: May 4, 2023 |
|---|---|
| FROM: Phillip Camillo-Amisano | REGISTER NO.: 42353-086 |
| WORK ASSIGNMENT: PM Dining | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

Talk to outside specialist today - Stated BOP will not approve orthotics, he stated he put the request in and it was denied. Dr. Tang stated over 6 months ago he would correct the issue, no response. This is third time I've talk to specialist over the last 6 month over the request.

- Deliver to Counsellor May 4, 2023 - counsellor still refuses to provide BP-9, stated if no response to restart the process and complete another BP-98½.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

**U.S. DEPARTMENT OF JUSTICE**                                          **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Camillo-Amisano A. Phillip | 42353-086 | F | Terminal Island |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** On or about April 17, 2023 Counsellor Cappocciana thwart the administration remedy process and still continuing (see 2nd page): Issue, Medical Services is not providing urgent medical care with intentional denial of not following medically prescribe treatment plan which indicates deliberate indifference to serious medical needs causing unnecessary and waton infliction of pain and serious health risk causing permanent injury. This is an on going issue since arriving at this since arriving at this institution on/or about March 2020, a prior BP-9 was filed with this administration, and was drop as medical stated they would follow treatment plan (see copy). The specialist was seen and provided inserts and could not provide medically prescribe orthotics, reason, "BOP did not approve the expense for orthotics". This act is intentional deliberate indifference violating Eighth Amendment and allowing continuing irreparable damage to both knees. The extent of the damage is unknnown as PA Randle refuses to perform any diagnotic testing, bone scan is only test available to see damage and she refuse to test for arthritis to see extent as the chronic pain is off the charts, her statement for denial, "every one over the age 21 has it, so deal with it". Due to the bone damage, smoothing of the knee cap has cause more issues scare tissue in forms of lumps on the bottom of both feet, causing chronic pain with every footstep and medical has done nothing to correct the issue. The chronic pain has cause sleep issues and remove mobility. Solution order the orthotics and coverpunitive and compensatory damage.

| May 19, 2023 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

                                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

| | | |
|---|---|---|
| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP–229(13)

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden | DATE: May 19, 2023 |
|---|---|
| FROM: Camillo-Amisano | REGISTER NO.: 42353-086 |
| WORK ASSIGNMENT: | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Background

April 17, 2023 after second attempt BP-8½ sought BP-9 from Counsellor Cappoccina he refuse stating to first talk to A/W or Warden at main line. After the meeting talk to Unit Manager Miss St. John and she left a message for Counsellor to follow up over the issue.

Couple days later Counsellor stated he talk to medical and they will place me on call-out. for the next day. Over a week later approach counsellor and stated medical did not follow through. He stated give him a couple days. Couple days pass and still refuse to provide BP-9 and stated he send them email and if not result then start the process over with BP8½.

May 10, 2023 Counsellor inform me the BP8½ was resolved. Reason medical provided them with an email stated they would see me on May 4, 2023. I was not on callout or seen bymedical. I explain the issue is not been seen by medical, the issue they need to approve the expense then the specialist can make the orthotics. Evry one keeps sidestepping the issue, approvir the expense. Counsellor had me fill out another copout to start the process over. The issue was not resolve and was denied the forms to continue the process...

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by Folder          **SECTION 6**

U.S. Department of Justice                                      Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Camillo-Amisano Phillip A.          42353-086          F          Terminal Island
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** T.I. adminstration thwart administrative remedy process by refusing to provide the proper BP-9 and 10 forms, therefore forced to use a photocopy of old forms. BP-9 remains silent, see copies. Issue, Medical Services is not providing urgent medical care with intentional denial of not following medically prescribe treatment plan which indicates deliberate indifference to serious medical needs causing unnecessary and waton infliction of pain and serious health risk causing permanent injury. Medical will not approve the expense for the medically prescribe orthotics. With every step taken causes smoothing of the knee caps (both kness) causing permanent injuries and increasing chronic pain removing mobility. Medical refuses to run any testing or diagnotics to see the extent of the damage cause. I seeking assistance to correct medical action and punitive and compensatory damage.

June 28, 2023
_____          _____
DATE                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE                             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**
CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                             SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(
JUNE '9

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Samillo-Amisano Phillip, A.    42353-086    F    F.C.I. Terminal Islan'
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

No proper solution to irreparable damage caused by Medical. The issue: Medical did not follow medical treatment plan, depriving me of medically prescribe orthotics, causing irreparable damage, every step causes smoothing of the knee caps, causing bone fragments which are producing scaretissue on the bottom of the feet (lump on the souls of feet, both feet). This is also causing chronic pain with every foot step - no solution has been propoed to extract or reduce the lumps or deal with the pain. Therefore, both of these issues have remove mobility. The increase of irreparable damage has also increase and cause "chronic arthritis" pain. Medical refuse to perform any diagnostic testing. PA Randle stated, "we don't run test for arthritis, since every one over 21 has it", "so live with it". Medical staff also refuse to run proper or any testing to discover the extent of the irreparable damage they engineer by not following medical treatment plan. The only test to see the damage would be a bone scan. Medicalhave proven deliberate indifference by: not following medical treatment plan: refusal to perform diagnotic testing; not treating chronic pain, refusing to acquire orthotics due to the expense (explain by specialist). Chronic pain is affecting the sleep patern.

Aug 7, 2023
_____
  DATE

_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
  DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
  DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

## CERTIFICATE OF SERVICE

I, __Phillip Camillo-Amisano__, certify that on this <u>Sept</u> day of <u>15</u>, 2023, that I sent first class postage prepaid, or other delivery charges prepaid, by depositing said documents herein-listed with prison authorities at the Mail Room of the Federal Correctional Institution at Terminal Island, for mailing through the United States Postal Service, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) (holding that a Pro Se prisoner's filing was deemed filed on the date of delivery to prison authorities for filing with the court), mailing copies of the foregoing:      Injunction for Relief

to the following individuals and/or entities:
>     District Court for the Central District of California
>     and BOP Terminal Island - Warden

I certify under the penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. §1746 of the United States Code.

Phillip Camillo-Amisano
Fed. Reg. No. 42353-086
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90731-0207

