UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. TANG, et al.,<br><br>  Defendants. | No. 2:23-cv-07774-ODW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative "Amended Injunction for Relief" (Dkt. 7, "FAC") filed by Phillip Camillo-Amisano ("Plaintiff"); the Order regarding the FAC (Dkt. 9); Plaintiff's Notice of Election (Dkt. 11); the Order regarding the Notice of Election and Voluntary Dismissal of Certain Claims (Dkt. 12); the Motion for Judgment on the Pleadings (Dkt. 47, "Motion") filed by Defendants Joanie Randle and Aaron Kinsella (collectively, "Defendants"); Plaintiff's Response to the Motion (Dkt. 49); Defendants' Reply in support of the Motion (Dkt. 50); and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 52, "Report"). No party filed timely objections to the Report. The Report is approved and accepted.

1     IT IS HEREBY ORDERED that: (1) Defendants' Motion (Dkt. 47) is
2 DENIED; and (2) as all preliminary matters raised by the parties have been
3 addressed, under the referral order (Dkt. 2), the referral to the magistrate judge
4 is terminated and the case is returned to the undersigned for all purposes.

6 Dated: April 14, 2025

                                                                            OTIS D. WRIGHT, II
                                                                            United States District Judge