UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO, | No. 2:23-cv-07774-ODW (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| EMPLOYEES OF BUREAU OF PRISON, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT this action is dismissed without prejudice.

Dated:  June 29, 2026



_____

OTIS D. WRIGHT, II
United States District Judge